IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOACHIM PREVAL, | : | Civil No. 3:17-cv-1238 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| CLAIRE DOLL, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 21st day of December, 2017, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.
2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge